IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-10-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, and WASHINGTON, THE DISTRICT OF COLUMBIA, THE COUNTY OF ALLEGHENY, and THE CITIES OF CHICAGO, NEW YORK, and PHILADELPHIA, *ex rel.* JOHN DOE, <br><br> Plaintiffs, <br><br> vs. <br><br> ATRICURE, INC., ST. HELENA HOSPITAL, and ADVENTIST HEALTH, <br><br> Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**NOW COMES** the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and gives notice to the Court of the substitution of the undersigned Assistant United States Attorney as counsel for the government in the above captioned action.

In light of this substitution, the United States respectfully requests that the Court remove Katherine T. Armstrong from the docket and CM-ECF notification system for this case.

**RESPECTFULLY SUBMITTED**, this the 1st day of July, 2021.

    WILLIAM T. STETZER
    ACTING UNITED STATES ATTORNEY

    **s/ James B. Gatehouse**
    JAMES B. GATEHOUSE
    ASSISTANT UNITED STATES ATTORNEY
    N.C. Bar No. 22811
    United States Attorney's Office
    227 West Trade Street, Suite 1650
    Charlotte, NC 28202
    Phone: 704-344-6222
    Fax: 704-344-6629
    Email: James.Gatehouse@usdoj.gov