UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-10-MOC-DSC

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, and WISCONSIN; THE DISTRICT OF COLUMBIA; and THE CITIES OF CHICAGO and NEW YORK, *ex rel.* JOEL STEVENS, <br>           Plaintiff, <br> v. <br> ATRICURE, INC., ST. HELENA HOSPITAL, AND ADVENTIST HEALTH, <br>           Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff and Defendants' "Notice of Consent to the Filing of Third Amended Complaint and Joint Motion for Extension of Time to Respond Thereto" (Doc. No. 50).

For the reasons set forth therein, the Motion is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Defendants shall have sixty (60) days from the Third Amended Complaint's date of filing, through and including October 5, 2021, in which to answer or otherwise plead.

Signed: August 9, 2021

Max O. Cogburn Jr.
United States District Judge