IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and<br><br>THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON; THE DISTRICT OF COLUMBIA; THE COUNTY OF ALLEGHENY; AND THE CITIES OF CHICAGO, NEW YORK, AND PHILADELPHIA,<br><br>*ex rel.* JOEL STEVENS<br><br>Plaintiffs,<br><br>v.<br><br>ATRICURE INC., ST. HELENA HOSPITAL, AND ADVENTIST HEALTH;<br><br>Defendants. | CASE NO. 3:17-cv-10 |

**ATRICURE'S MOTION TO STAY**

Pursuant to Federal Rule of Civil Procedure 6(b), AtriCure Inc. ("AtriCure") respectfully moves this Court for a stay and extension of time to file a response to the Third Amended Complaint. The Memorandum in Support of this Motion is filed contemporaneously herewith. Counsel for AtriCure have conferred in good faith with counsel for Relator Joel Stevens and Defendants Adventist Health and St. Helena Hospital before filing this Motion, pursuant to Local Civil Rule 7.1(b). While all Defendants support this motion, Relator does not.

1

Respectfully submitted this 3rd day of September, 2021.

                                            s/ *Brian S. Cromwell*
                                            Brian S. Cromwell
                                            N.C. State Bar No. 23488
                                            Eric A. Frick
                                            N.C. State Bar No. 49212
                                            PARKER POE ADAMS & BERNSTEIN LLP
                                            620 S. Tryon Street, Suite 800
                                            Charlotte, NC 28202
                                            Tel. (704) 372-9000
                                            Fax. (704) 334-4706
                                            briancromwell@parkerpoe.com
                                            ericfrick@parkerpoe.com

                                            Ralph J. Caccia (*pro hac vice*)
                                            Brandon J. Moss (*pro hac vice*)
                                            WILEY REIN LLP
                                            1776 K Street N.W.
                                            Washington, DC 20006
                                            Tel: (202) 719-7000
                                            Fax: (202) 719-7049
                                            rcaccia@wiley.law
                                            bmoss@wiley.law

                                            *Counsel for Defendant AtriCure, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **ATRICURE'S MOTION TO STAY** was electronically filed with the Clerk of the Court using the CM/ECF system and served upon counsel of record through the Court's electronic case filing system.

This 3rd day of September, 2021.

    s/ *Brian S. Cromwell*
Brian S. Cromwell
N.C. State Bar No. 23488
Eric A. Frick
N.C. State Bar No. 49212
PARKER POE ADAMS & BERNSTEIN LLP
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel. (704) 372-9000
Fax. (704) 334-4706
briancromwell@parkerpoe.com
ericfrick@parkerpoe.com

*Counsel for Defendant AtriCure, Inc.*