IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-cv-00010-MOC-DSC

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and<br><br>THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON; THE DISTRICT OF COLUMBIA; THE COUNTY OF ALLEGHENY; AND THE CITIES OF CHICAGO, NEW YORK, AND PHILADELPHIA,<br><br>*ex rel.* JOEL STEVENS<br><br>                          Plaintiffs,<br><br>v.<br><br>ATRICURE INC., ST. HELENA HOSPITAL, AND ADVENTIST HEALTH;<br><br>                          Defendants. | |

## **ATRICURE'S REPLY IN SUPPORT OF ITS MOTION TO STAY**

On September 10, 2021, the Relator submitted a response to AtriCure Inc.'s ("AtriCure") Motion to Stay (Doc. No. 55) in which the Relator indicated that he now consents to the Motion to Stay. In light of the Relator's consent, and pursuant to Local Rule 7.1(e), AtriCure informs the Court that it does not wish to submit a reply brief. Accordingly, AtriCure respectfully requests that this Motion to Stay be granted.

1

Respectfully submitted this 15th day of September, 2021.

    s/ *Brian S. Cromwell*
Brian S. Cromwell
N.C. State Bar No. 23488
Eric A. Frick
N.C. State Bar No. 49212
PARKER POE ADAMS & BERNSTEIN LLP
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel. (704) 372-9000
Fax. (704) 334-4706
briancromwell@parkerpoe.com
ericfrick@parkerpoe.com

Ralph J. Caccia (*pro hac vice*)
Brandon J. Moss (*pro hac vice*)
WILEY REIN LLP
1776 K Street N.W.
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
rcaccia@wiley.law
bmoss@wiley.law

*Counsel for Defendant AtriCure, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **ATRICURE'S REPLY IN SUPPORT OF ITS MOTION TO STAY** was electronically filed with the Clerk of the Court using the CM/ECF system and served upon counsel of record through the Court's electronic case filing system.

This 15th day of September, 2021.

                                                    s/ *Brian S. Cromwell*
Brian S. Cromwell
N.C. State Bar No. 23488
Eric A. Frick
N.C. State Bar No. 49212
PARKER POE ADAMS & BERNSTEIN LLP
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel. (704) 372-9000
Fax. (704) 334-4706
briancromwell@parkerpoe.com
ericfrick@parkerpoe.com

*Counsel for Defendant AtriCure, Inc.*